1   TONY LOPRESTI, County Counsel (S.B. #289269)
    ALICIA M. ROLL, Deputy County Counsel (S.B. #320572)
2   OFFICE OF THE COUNTY COUNSEL
    70 West Hedding Street, East Wing, Ninth Floor
3   San José, California  95110-1770
    Telephone: (408) 299-5900
4   Facsimile: (408) 292-7240
    Email: alicia.roll@cco.sccgov.org
5

6   Attorneys for Defendants
    RODORA AMAT and
7   DEPUTY CANDELARIA VENEGAS

8

9                   UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
10                        (San José Division)

11

12  HARLENE GREWAL,                        No. 23CV00802PCP

13              Plaintiff,                 [~~PROPOSED~~] JUDGMENT

14  v.                                     Judge:  The Honorable P. Casey Pitts

15  CITY OF PALO ALTO, a municipal
    corporation; PALO ALTO POLICE
16  DEPARTMENT, an entity of unknown form;
    OFR. NICK ENBERG, in his individual and
17  official capacities; OFR. IAN JOHNSON, in his
    individual and official capacities, OFR.
18  HEATHER SOUZA, in her individual and
    official capacities; Palo Alto PD MAV
19  CUSTODIAN BRIAN FURTADO, in his
    individual and official capacities official
20  capacities; The Patio @ Rudy's; Santa Clara
    County Nurse RODORA AMAT, in her
21  individual and official capacities; Santa Clara
    County Sheriff DEPUTY VENEGAS (#10619),
22  in her individual and official capacities;
    DOES 1-15,
23
                Defendants.
24

25

26

27

28

                                      1

1

**[~~PROPOSED~~] JUDGMENT**

2      On March 4, 2025, the Court entered an Order granting Rodora Amat and Candeleria

3 Venegas's (the "County Defendants") Motion to Dismiss without leave to amend.  (Dkt. 81.)  The

4 Order dismissed the County Defendants as parties to this action because no further claims are

5 alleged against them.  Pursuant to Federal Rule of Civil Procedure 54(b), the Court hereby enters

6 judgment in favor of the County Defendants and against Plaintiff, and determines that there is no just

7 reason for delaying entry of judgment as to the County Defendants.

8      IT IS SO ORDERED.

9 Dated: __March 24, 2025_____          _____

10                                                THE HONORABLE P. CASEY PITTS
                                               United States District Judge

11

12 3228044

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[~~Proposed~~] Judgment                                                      23CV00802PCP